UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN REYNARD SMITH,
    Plaintiff,

v.

GOOGLEENTERPRISE.ORG,
    Defendant.

Case No. 18-cv-00254-PJH

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 3, 6

Plaintiff, a detainee, has filed a civil rights action pursuant to 42 U.S.C. § 1983, however he did not pay the filing fee or submit a completed application to proceed in forma pauperis ("IFP"). On two occasions he was sent a notice that he had not paid the filing fee or applied for leave to proceed IFP; and he was allowed twenty-eight days to either pay the fee or file the completed application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days has passed and plaintiff has not filed a completed application to proceed IFP or paid the filing fee. This case is therefore **DISMISSED** without prejudice and the incomplete motions to proceed IFP (Docket Nos. 3, 6) are **DENIED**. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: March 1, 2018

PHYLLIS J. HAMILTON
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| ADRIAN REYNARD SMITH,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLEENTERPRISE.ORG,<br><br>Defendant. | Case No. 18-cv-00254-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adrian Reynard Smith ID: #567942
San Francisco County Jail #5
1 Moreland Drive
San Bruno, CA 94066

Dated: March 1, 2018

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By:_____
                                          Kelly Collins, Deputy Clerk to the
                                          Honorable PHYLLIS J. HAMILTON